IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TROY TYLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST HOSPITALITY, LLC, FIRST HOSPITALITY GROUP, INC., KERRI BLANCHARD, KYLE MIRIANI, DILLON DOUGLAS, NEIL UPADHYAY AND BRIAN ATKINS,<br><br>　　　　　　Defendants. | Case No. 4:24-cv-0073-RGE-HCA<br><br><br>**JOINT STATUS UPDATE** |

On April 18, 2024, the Court entered an order setting status conferences in this case (the "Order"). (Doc. No. 29). Pursuant to the Order, a telephone status conference is scheduled for August 12, 2024, at 10:30 a.m. The Order directs the parties to file a list of any proposed matters to be discussed during the upcoming status conference no less than two business days prior to the status conference. The Order also directs the parties to address whether they are on track to meet the deadlines set by the Court's Scheduling Order and Discovery Plan (Doc No. 28). Accordingly, the parties state as follows:

**A.      Matters to be Discussed.**

　　　1.      Defendants filed a Partial Motion to Dismiss on March 11, 2024. (Doc. No. 12). Plaintiff resisted the Motion in part. (Doc No. 20). The Motion was fully briefed by the parties on April 5, 2024. The Court held a hearing on the Motion on April 25, 2024. A ruling on Defendants' Partial Motion to Dismiss is currently pending before the Court.

　　　2.      Plaintiff filed a Motion to Add New Parties and Amend the Second Amended Petition on June 10, 2024. (Doc. No. 32). Defendants resisted the Motion. (Doc. No. 33). The

1

Motion was fully briefed by the parties on July 1, 2024. A ruling on Plaintiff's Motion to Add New Parties and Amend the Second Amended Petition is currently pending before the Court.

B.  **Scheduling Order Deadlines.**

The parties are currently on track to meet the Scheduling Order deadlines. However, discovery is currently scheduled to be completed by December 6, 2024, and dispositive motions are due by January 6, 2025. (Doc. No. 28). Depending on the Court's ruling on either Motion, certain claims and parties will be affected, which will change the scope of discovery and Defendants' motion for summary judgment. The parties believe the discovery and dispositive motion deadlines should be continued until a ruling on Defendants' Partial Motion to Dismiss is received. The parties request the Court amend the Scheduling Order, setting the discovery deadline six months after a ruling on Defendants' Partial Motion to Dismiss is received and the dispositive motion deadline seven months after a ruling on Defendants' Partial Motion to Dismiss is received.

| ROXANNE CONLIN & ASSOCIATES, P.C. | FREDRIKSON & BYRON, P.A. |
|---|---|
| */s Tyler K. Adams* | */s/Olivia N. Norwood* |
| Roxanne Conlin (AT1642) | Bridget R. Penick (AT6147) |
| roxanne@roxanneconlinlaw.com | bpenick@fredlaw.com |
| Tyler K. Adams (AT14549) | Olivia N. Norwood (AT13429) |
| tadams@roxanneconlinlaw.com | onorwood@fredlaw.com |
| 3721 SW 61st Street, Suite C | 111 East Grand Avenue, Suite 301 |
| Des Moines, IA 50321-2418 | Des Moines, IA 50309-1972 |
| Telephone: (515) 283-1111 | Telephone: (515) 242-8900 |
| Facsimile: (515) 282-0477 | Facsimile: (515) 242-8950 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

## Certificate of Service

The undersigned hereby certifies that on July 25, 2024, 2024, the foregoing document was electronically filed through the Court's CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

*/s/Faith A. Baker*