**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| TROY TYLER,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST HOSPITALITY, LLC, FIRST HOSPITALITY GROUP, INC., HOSPITALITY STAFFING, INC., KERRI BLANCHARD, KYLE MIRIANI, DILLON DOUGLAS, NEIL UPADHYAY AND BRIAN ATKINS,<br><br>    Defendants. | Case No. 4:24-cv-0073-RGE-HCA<br><br>**JOINT STATUS UPDATE** |

On September 18, 2024, the Court entered an order setting a deadline of October 4, 2024, for the parties to file a joint status report indicating whether they have resolved the case. (Doc. No. 43). The parties have reached an agreement in principle to resolve the case. The parties are finalizing a settlement agreement pursuant to which Plaintiff will file a dismissal with prejudice upon execution.

| **ROXANNE CONLIN & ASSOCIATES, P.C.** | **FREDRIKSON & BYRON, P.A.** |
|---|---|
| */s/ Tyler K. Adams* | */s/ Olivia N. Norwood* |
| Roxanne Conlin (AT1642) | Bridget R. Penick (AT6147) |
| roxanne@roxanneconlinlaw.com | bpenick@fredlaw.com |
| Tyler K. Adams (AT14549) | Olivia N. Norwood (AT13429) |
| tadams@roxanneconlinlaw.com | onorwood@fredlaw.com |
| 3721 SW 61st Street, Suite C | 111 East Grand Avenue, Suite 301 |
| Des Moines, IA 50321-2418 | Des Moines, IA 50309-1972 |
| Telephone: (515) 283-1111 | Telephone: (515) 242-8900 |
| Facsimile: (515) 282-0477 | Facsimile: (515) 242-8950 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

## Certificate of Service

The undersigned hereby certifies that on October 2, 2024, the foregoing document was electronically filed through the Court's CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

*/s/Faith A. Baker*