# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| TROY TYLER,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST HOSPITALITY L.L.C, FIRST HOSPITALITY GROUP, INC., KERRI BLANCHARD, KYLE MIRIANI, DILLON DOUGLAS, NEIL UPADHYAY AND BRIAN ATKINS,<br><br>Defendants. | CASE NO. 4:24-cv-00073-RGE-HCA<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

COMES NOW all Parties to this matter, by and through counsel, and state to the Court that this matter has been resolved and hereby voluntarily dismiss the above captioned matter in its entirety with prejudice.

.

/s/ Tyler K. Adams
ROXANNE CONLIN AT0001642
TYLER K. ADAMS AT0014549
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477

Email: roxanne@roxanneconlinlaw.com
tadams@roxanneconlinlaw.com
cc: dpalmer@roxanneconlinlaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Olivia Norwood
Bridget R. Penick (AT6147)
bpenick@fredlaw.com
Olivia N. Norwood (AT13429)

onorwood@fredlaw.com
111 East Grand Avenue, Suite 301
Des Moines, IA 50309-1972
Telephone: (515) 242-8900
Facsimile: (515) 242-8950

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 15, 2024, the foregoing document was electronically filed through the Court's CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

Signature: _Tyler K. Adams_____